UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN DIVERSITY

SN SERVICING CORP.,

    Plaintiff,

v.                                      CASE NO.

AQUILINO MELO

    Defendant.

**COMPLAINT**

COMES NOW, SN SERVICING CORP., Plaintiff, and files suit against AQUILINO MELO ("MELO"), and as grounds thereof would state as follows:

**PARTIES, JURISDICTION AND VENUE**

1.    Subject matter jurisdiction is predicated upon 28 U.S.C. § 1332 Diversity of Citizenship as no Plaintiff and Defendant are citizens of the same state and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00) exclusive of costs, interest and attorney's fees.  As an alternative, the Settlement Agreement at issue arises from the breach of a first preferred ship mortgage, and therefore this Court has federal admiralty jurisdiction pursuant to 46 U.S.C. § 31325, et seq. and 28 U.S.C. § 1333.

2.    Plaintiff, SN SERVICING CORP. is a corporation formed under the laws of the State of Alaska with a principal place of business in California.  SN SERVICING CORP is a citizen of the State of California for the purposes of Diversity Jurisdiction.  SN SERVICING CORP. has standing as servicer for the owner and holder of the Settlement Agreement at issue, to wit, NP202, LLC.

CASE NO.

3. Defendant MELO is believed to be a citizen and resident of the State of Florida, currently residing at 9300 SW 153rd Passage, Miami, Florida 33196.

4. Venue is proper where the Defendant resides within the District.

## GENERAL ALLEGATIONS

1. The instant matter arises out of a loan made for the purchase of a Vessel which was guaranteed by Defendant MELO and secured by a First Preferred Ship Mortgage. After a series of defaults, lawsuits in the United States District Court for the Southern District of Florida (including by different Plaintiffs due to assignments)[1] and settlement agreements, on June 4, 2019, Defendant MELO entered into the Settlement Agreement at issue in the instant case and attached hereto as **EXHIBIT "A."**

16. The terms of the Settlement Agreement require Defendant to make eleven (11) monthly installment payments of $10,000.00 at 4% interest and a 12th payment of $25,0000.00. Within 30 days after the 12th payment, Defendants were required to negotiate new payment amounts.

17. On December 28, 2020, the Settlement Agreement was assigned from UBM16, LLC to TMYC, Inc., a Connecticut Corporation. A true and correct copy of the assignment is attached hereto as **EXHIBIT "B."**

18. On the same date, the Settlement Agreement was then assigned from TYPC, INC. to Plaintiff, NP202, LLC. A true and correct copy of the assignment is attached hereto

---

[1] See, e.g. *CGI Finance, Inc. v. Aquilino Melo and Spirit Marine Ventures, LTD.,* Case No. 11-cv-23498; *United Bank v. Aquilino Melo and Spirit Marine Ventures, LTD.,* Case No. 16-cv-20894; *United Bank v. Aquilino Melo and Spirit Marine Ventures, LTD.,* Case No. 18-cv-24982.

CASE NO.

as **EXHIBIT "C."**

19. Defendant defaulted pursuant to the terms of the Settlement Agreement where he failed to make payments pursuant to the terms of the Settlement Agreement including failing to pay the full $25,000 due in December 2020.

5. SN SERVICING CORP. is servicer for the owner and holder of the Settlement Agreement at issue, to wit, NP202, LLC, and has authority to bring the instant lawsuit in its own name.

## COUNT I: BREACH OF SETTLEMENT AGREEMENT

20. Plaintiff re-alleges and re-avers the allegations contained in Paragraphs 1-5 above.

21. Plaintiff SN SERVICING CORP. has standing to bring the instant lawsuit in its own name as servicer for NP202, LLC, who is owner and holder of the Settlement Agreement at issue.

22. Defendants MELO entered into a Settlement Agreement with NP202, LLC's predecessor in interest. *See EXHIBIT "A."*

23. Defendant MELO breached the Settlement Agreement by failing to make payments pursuant to the terms of the Settlement Agreement including failing to pay the full $25,000 due in December 2020.

24. The Settlement Agreement provides that in the event of default, Plaintiff may file suit for the entire deficiency balance owing and as well as Florida Statutory interest and reasonable attorney's fees and costs.

25. Taking into account payments made pursuant to the Settlement agreement, as of July 16, 2021 Plaintiff is owed $644,798.00, exclusive of costs, interest and attorney's

CASE NO.

fees.

WHEREFORE, Plaintiff demands Judgment against MELO in the principal amount (as of July 16, 2021) of $644,798.00, plus pre-judgment interest at the Florida statutory rate, plus costs, post-judgment interest, attorneys fees and such other relief as the Court deems appropriate.

Dated July 28, 2021

                                  Respectfully submitted,

                                  /s/ Adam B. Cooke
                                  Adam B. Cooke
                                  Fla. Bar No. 634182
                                  Email: acooke@fowler-white.com

                                  Robert D. McIntosh
                                  Fla. Bar No. 115490
                                  Email: rmcintosh@fowler-white.com

                                  FOWLER WHITE BURNETT, P.A.
                                  200 East Las Olas Boulevard
                                  Suite 2000 - Penthouse B
                                  Fort Lauderdale, Florida 33301
                                  Telephone:  (954) 377-8100
                                  Facsimile:   (954) 377-8101